No. 71–6124. CHAPMAN v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–6128. VANDERHORST v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 71–6131. FOSTER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 71–6132. BRYANT v. PICKETT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 71–6133. JORDAN v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 71–6134. ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6135. KING v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 71–6136. WEAST v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–6140. ROBERTS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 71–6142. MEAD v. MEIER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 71–6143. BRANCH ET AL. v. ORISCELLO, SHERIFF, ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–6145. HOLMES v. UNITED STATES; and
No. 71–6157. MATTHEWS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 453 F. 2d 950.